**Alison Kean Campbell, Metro Attorney**
**METRO**
**Michelle A. Bellia**, OSB No. 994871
michelle.bellia@oregonmetro.gov
Senior Attorney
Office of Metro Attorney
600 NE Grand Avenue
Portland, OR  97232-2736
Telephone:   503-797-1526
Facsimile:    503-797-1792
Attorneys for Defendant Metro

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KATHERINE BLUMENKRON,** an individual; **DAVID BLUMENKRON,** an individual; **SPRINGVILLE INVESTORS, LLC,** a limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>**BARTON EBERWEIN,** in his official capacity as member of the Land Conservation & Development Commission**; HANLEY JENKINS,** in his official capacity as member of the Land Conservation & Development Commission; **TIM JOSI,** in his official capacity as member of the Land Conservation & Development Commission**; GREG MACPHERSON,** in his official capacity as member of the Land Conservation & Development Commission; **CHRISTINE M. PELLETT,** in her official capacity as member of the Land Conservation & Development Commission; **TED WHEELER,** in his official capacity as member of the Land Conservation & Development Commission; **JOHN** | **Case No. CV 12-351-BR**<br><br>**METRO DEFENDANTS' NOTICE PURSUANT TO LOCAL RULE 42-2** |

Page 1 METRO DEFENDANTS' NOTICE PURSUANT TO LOCAL RULE 42-2

**METRO**
Office of Metro Attorney
600 NE Grand Avenue
Portland OR 97232-2736
Tel 503-797-1530 | Fax 503-797-1792

\\alex\work\attorney\confidential\20 Litigation\31 Blumenkron v. Eberwein, Metro et al\06 Final\Notice Pursuant to Local Rule 42-2.docx

**VANLANDINGHAM,** in his official capacity as member and chair of the Land Conservation & Development Commission; **MARILYN WORRIX,** in her official capacity as member and vice-chair of the Land Conservation & Development Commission; **DAVID BRAGDON,** in his official capacity as a council president of Metro; **SHIRLEY CRADDICK,** in her official capacity as a councilor of Metro; **CARLOTTA COLLETTE,** in her official capacity as a councilor of Metro; **CARL HOSTICKA,** in his official capacity as a councilor of Metro; **KATHRYN HARRINGTON,** in her official capacity as a councilor of Metro; **REX BURKHOLDER,** in his official capacity as a councilor of Metro; **BARBARA ROBERTS,** in her official capacity as a councilor of Metro; **and MULTNOMAH COUNTY,**

        **Defendants.**

Pursuant to LR 42-2, counsel for the Metro Defendants[*] brings to the Court's attention a potentially related case: Case No. 3:12-cv-00939-SI Exit 282A Development Company, LLC et al. v. Marilyn Worrix, et al. ("Exit 282A Case"). In the Exit 282A Case, plaintiffs allege that defendants, identified as (1) members of the Oregon Land Conservation and Development Commission, (2) Metro Councilors, (3) Clackamas County and (4) members of the Clackamas County Board of Commissioners, violated their rights under the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution and the Equal Protection guarantee found in the Oregon State Constitution. Plaintiffs in the 282A Case maintain that defendants' designation of plaintiffs' property as a rural reserve, despite the fact that plaintiffs' property "qualified" as an urban reserve, was irrational and without legal basis. Plaintiffs further maintain that defendants based their intentional decisions on political objectives.

---

[*] The Metro Defendants are David Bragdon, Shirley Craddick, Carlotta Collette, Carl Hosticka, Kathryn Harrington, Rex Burkholder, and Barbara Roberts.

Page 2 METRO DEFENDANTS' NOTICE PURSUANT TO LOCAL RULE 42-2

**METRO**
Office of Metro Attorney
600 NE Grand Avenue
Portland OR 97232-2736
Tel 503-797-1530 | Fax 503-797-1792

\\alex\work\attorney\confidential\20 Litigation\31 Blumenkron v. Eberwein, Metro et al\06 Final\Notice Pursuant to Local Rule 42-2.docx

Dated this 22nd day of June 2012.

        Respectfully submitted,

        METRO

    By:    **s/ Michelle A. Bellia**_____
            **Michelle A. Bellia**, OSB No. 994871
            Michelle.Bellia@oregonmetro.gov
            Metro
            Office of Metro Attorney
            600 NE Grand Avenue
            Portland, OR   97232-2736
            Phone: 503-797-1526   Fax:  503-797-1792
            Of Attorneys for Defendants Metro

Page 3 METRO DEFENDANTS' NOTICE PURSUANT TO LOCAL RULE 42-2

**METRO**
Office of Metro Attorney
600 NE Grand Avenue
Portland OR 97232-2736
Tel 503-797-1530 | Fax 503-797-1792

\\alex\work\attorney\confidential\20 Litigation\31 Blumenkron v. Eberwein, Metro et al\06 Final\Notice Pursuant to Local Rule 42-2.docx